IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| NANCY WILLOUGHBY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | NO.: 05-1229-T-An |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER SETTING TELEPHONE CONFERENCE

Pursuant to the scheduling conference set by written notice, the parties submitted a proposed Rule 16(b) Scheduling Order. In the proposed Scheduling Order the parties state that it is the Defendant's position that this action is governed by the Employee Retirement Income Security Act of 1974, as amended ("ERISA").

As such, the Court shall conduct a telephone conference on **THURSDAY, DECEMBER 1, 2005 at 2:00 p.m.** for the purpose of discussing whether Plaintiff's claims are governed by 29 U.S.C. § 1132(a)(1)(B), and if so, the type of scheduling order that would be appropriate in this matter.

Mr. Robert T. Keeton, III, counsel for Plaintiff, shall initiate the conference call and shall

1

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 11/23/05

4

contact the Court after all other counsel have been contacted.

**IT IS SO ORDERED.**

                                    *S. Thomas Anderson* (signature)
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: November 22, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 1:05-CV-01229 was distributed by fax, mail, or direct printing on November 23, 2005 to the parties listed.

---

Robert T. Keeton
KEETON LAW OFFICES
20240 East Main St.
Huntingdon, TN 38343

David A. Thornton
BASS BERRY & SIMS PLC- Memphis
100 Peabody Place
Ste. 900
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT